# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAFAEL N. CASTRO,

      Plaintiff,    Case No. 2:12-cv-01443-JCM-VCF

vs.             **ORDER**

ALIANTE GAMING, LLC, et al.,

      Defendants.

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference, currently scheduled for December 14, 2012, at 9:30 a.m., before the undersigned, is **VACATED** and **ADVANCED** to **December 11, 2012,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due December 7, 2012, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., December 4, 2012.**

Dated this 5th day of November, 2012.

                   Peggy A. Leen
                   United States Magistrate Judge